RECEIVED

NOV 21 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MONTE SMITH | CIVIL ACTION NO. 05-1076-M |
| VS. | SECTION P |
| STATE OF LOUISIANA, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's petition for writ of *habeas corpus* be **DENIED** and **DISMISSED** pursuant to the provisions of 28 U.S.C. §2254(b)(1)(A) because plaintiff failed to exhaust available state court remedies prior to filing suit.

**IT IS FURTHER ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** pursuant to the provisions of 28 U.S.C. § 1915A(b)(2) because plaintiff's complaint seeks monetary relief from defendants who are immune from suit.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this the 19 day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE